UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) | 3:09-md-02100-DRH-PMF |
| (DROSPIRENONE) MARKETING, SALES ) | |
| PRACTICES AND PRODUCTS LIABILITY ) | MDL No. 2100 |
| LITIGATION ) | |

**This Document Relates to:**

*Jennifer Adams v.*                                       No. 3:12-cv-10114-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Jessica and Cheyenne Allen v.*                   No. 3:11-cv-13141-DRH-PMF
*Bayer Pharma AG, et al.*

*Kim Allen v.*                                                 No. 3:12-cv-10251-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Brittany Bagnall v.*                                      No. 3:11-cv-13557-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Julie Baker v.*                                               No. 3:11-cv-13569-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Christina Berninger v.*                                 No. 3:12-cv-10064-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Emily Berry v.*                                              No. 3:12-cv-10118-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Courtney Bigel v.*                                         No. 3:11-cv-13405-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Rebecca Boren v. Bayer Corp., et al.*         No. 3:11-cv-13604-DRH-PMF

*Tara and Michael Burns v.*                         No. 3:12-cv-10065-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Katherine Campbell v.*                                No. 3:12-cv-10161-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Jillian Carpenter v.*                          No. 3:12-cv-10269-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Deborah Cobb v.*                            No. 3:12-cv-10090-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Nicole Daigle v.*                             No. 3:11-cv-13466-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Shelley Darby v.*                            No. 3:11-cv-13302-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Christina DiPierro v.*                      No. 3:12-cv-10062-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Jennifer Dombrowski v.*                 No. 3:11-cv-13556-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Christine Dorries v. Bayer Corp., et al.*     No. 3:11-cv-12629-DRH-PMF

*Tunisia Fitch v.*                              No. 3:12-cv-10038-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Ana Gadsby v.*                               No. 3:11-cv-13562-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Anissa Gallifent v.*                          No. 3:12-cv-10155-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Kimberly and John Hasenberg v.*        No. 3:11-cv-13305-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Elizabeth Howard v.*                     No. 3:11-cv-13576-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Jolene Jaquez v.*                            No. 3:11-cv-13422-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Cheryl Kan v.*                                No. 3:11-cv-13419-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Rebecca Kinsey v.*                         No. 3:11-cv-13463-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Karen Kirk v.*                                                No. 3:12-cv-10115-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Melissa Laws v.*                                              No. 3:11-cv-13464-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Amber Melvin v.*                                              No. 3:11-cv-13312-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Amanda Montgomery v.*                                         No. 3:11-cv-13577-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Deshinae Petetant v.*                                         No. 3:11-cv-13432-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Sonya and Martin Porges v.*                                   No. 3:11-cv-13303-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Caurie Putnam v.*                                             No. 3:12-cv-10117-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Carole Reed v.*                                               No. 3:11-cv-13496-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Chantelle Sawyer v.*                                          No. 3:12-cv-10036-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Lisa Shortridge v.*                                           No. 3:12-cv-10043-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Ashley Trejo v.*                                              No. 3:12-cv-10057-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Debra Ward v.*                                                No. 3:12-cv-10041-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Chiquita Warren v.*                                           No. 3:11-cv-13306-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Whitney Wauters v.*                                           No. 3:11-cv-13618-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Kate Wilson v.*                                               No. 3:11-cv-13313-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

## ORDER DISMISSING WITH PREJUDICE

**HERNDON, Chief Judge:**

This matter is before the Court on the defendant Bayer HealthCare Pharmaceuticals Inc.'s motion, pursuant to Case Management Order 12 ("CMO 12"), for an order dismissing the plaintiffs' claims, in the above-captioned matters, with prejudice for failure to comply with Plaintiff Fact Sheet ("PFS") obligations.

On September 25, 2012, Bayer HealthCare Pharmaceuticals Inc. moved to dismiss the above captioned matters without prejudice for failure to comply with PFS obligations.[1] The Court granted the motion on November 2, 2012.[2]

In the order dismissing the above captioned actions, the Court warned the plaintiffs that, "pursuant to CMO 12 Section E, **unless plaintiffs serve defendants with a COMPLETED PFS or move to vacate the dismissal without prejudice within 60 days after entry of this Order, the Order will be converted to a Dismissal With Prejudice upon defendants' motion.**"

---

[1] Adams D.E. 6; J. Allen D.E. 6; K. Allen D.E. 6; Bagnall D.E. 6; Baker D.E. 8; Berninger D.E. 6; Berry D.E. 6; Bigel D.E. 9; Boren D.E. 15; Burns D.E. 6; Campbell D.E. 8; Carpenter D.E. 8; Cobb D.E. 6; Daigle D.E. 6; Darby D.E. 6; DiPierro D.E. 6; Dombrowski D.E. 6; Dorries D.E. 11; Fitch D.E. 6; Gadsby D.E. 6; Gallifent D.E. 8; Hasenberg D.E. 6; Howard D.E. 9; Jaquez D.E. 8; Kan D.E. 6; Kinsey D.E. 6; Kirk D.E. 6; Laws D.E. 6; Melvin D.E. 6; Montgomery D.E. 8; Petetant D.E. 6; Porges D.E. 6; Putnam D.E. 6; Reed D.E. 6; Sawyer D.E. 6; Shortridge D.E. 6; Trejo D.E. 6; Ward D.E. 6; Warren D.E. 6; Wauters D.E. 6; Wilson D.E. 6.

[2] Adams D.E. 7; J. Allen D.E. 7; K. Allen D.E. 7; Bagnall D.E. 7; Baker D.E. 9; Berninger D.E. 7; Berry D.E. 7; Bigel D.E. 10; Boren D.E. 16; Burns D.E. 7; Campbell D.E. 9; Carpenter D.E. 9; Cobb D.E. 7; Daigle D.E. 7; Darby D.E. 7; DiPierro D.E. 7; Dombrowski D.E. 7; Dorries D.E. 12; Fitch D.E. 7; Gadsby D.E. 7; Gallifent D.E. 9; Hasenberg D.E. 7; Howard D.E. 10; Jaquez D.E. 9; Kan D.E. 7; Kinsey D.E.7; Kirk D.E. 7; Laws D.E. 7; Melvin D.E. 7; Montgomery D.E. 9; Petetant D.E. 7; Porges D.E. 7; Putnam D.E. 7; Reed D.E. 7; Sawyer D.E. 7; Shortridge D.E. 7; Trejo D.E. 7; Ward D.E. 7; Warren D.E. 7; Wauters D.E. 7; Wilson D.E. 7.

On April 1, 2013, more than a year after the entry of the order of dismissal without prejudice, Bayer HealthCare Pharmaceuticals Inc. filed the subject motion stating the plaintiffs are still not in compliance with their PFS obligations and asking the Court to convert the without prejudice dismissals to with prejudice dismissals pursuant to Section E of CMO 12,

To date, none of the above captioned plaintiffs have taken any steps to cure their PFS deficiencies, to address the without prejudice dismissal, or to reply to the motion for dismissal with prejudice. The plaintiffs have had ample time to cure the any PFS deficiencies and avoid a with prejudice dismissal.

Having considered the motion and the relevant provisions of CMO 12 the Court **ORDERS** as follows:

The plaintiffs in the above captioned actions have failed to comply with their obligations pursuant to CMO 12 and more than 60 days have passed since the entry of the order of dismissal without prejudice for failure to comply with CMO 12. Accordingly, pursuant to Section E of CMO 12, **the plaintiffs' complaints are hereby dismissed WITH prejudice**.

**Further**, the Court **DIRECTS** the Clerk of the **Court to enter judgment reflecting the same**.

SO ORDERED:

David R. Herndon
2013.06.24
13:43:34 -05'00'

**Chief Judge**  Date: June 24, 2013
**United States District Court**